NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**O2 MICRO INTERNATIONAL LTD. AND O2 MICRO INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**MICROSEMI CORPORATION,** ·
*Intervenor.*

---

2010-1482

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-666.

---

## ON MOTION

---

## ORDER

Microsemi Corporation moves for a 60-day extension of time, until January 27, 2012, to file its responsive brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 6 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Henry C. Bunsow, Esq.
Panyin A. Hughes, Esq.
Mark W. Yocca, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**DEC 0 6 2011**

JAN HORBALY
CLERK